1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | ADAM J. TENSER, | Case No. CV 19-05496 VBF (RAO) |
|----|-----------------|-------------------------------|
| 12 | Plaintiff, | |
| 13 | v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| 14 | ROBERT JOSHUA RYAN, et al., | |
| 15 | Defendants. | |

16

17    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended
18 Complaint, Defendants' Motion to Strike and Motion to Dismiss ("Motion"),
19 Plaintiff's *Ex Parte* Application, the Report and Recommendation of United States
20 Magistrate Judge ("Report"), and all other records and files herein. Further, the Court
21 has made a *de novo* determination of those portions of the Report to which Plaintiff
22 has objected. The Court is not persuaded by Plaintiff's objections.
23    The Court hereby accepts and adopts the findings, conclusions, and
24 recommendations of the Magistrate Judge.
25    IT IS ORDERED that:
26    (1) Plaintiff's *Ex Parte* Application is DENIED;
27    (2) Defendants' Motion is GRANTED IN PART as to Plaintiff's federal law
28        claims pursuant to 42 U.S.C. § 1983 and the federal law claims are

dismissed with prejudice;

(3) The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and the state law claims are dismissed without prejudice; and

(4) Defendants' Motion is DENIED IN PART AS MOOT as to the request to strike Plaintiff's state law claims and the request for attorneys' fees.

DATED:  October 7, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2