JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM J. TENSER, | Case No. CV 19-05496 VBF (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| ROBERT JOSHUA RYAN, et al., | |
| Defendants. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's federal claims pursuant to 42 U.S.C. § 1983 are dismissed with prejudice and Plaintiff's state law claims are dismissed without prejudice.

DATED:  October 7, 2020

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE